# ELECTRONIC RECORD

COA # 04-13-00346-CR     OFFENSE: MURDER

STYLE: JASSEN BARNES V. THE STATE OF TEXAS     COUNTY: BEXAR

COA DISPOSITION: AFFIRMED     TRIAL COURT: 186TH DISTRICT COURT

DATE: 12/10/14     Publish: NO     TC CASE #: 2011CR9420

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: JASSEN BARNES V. THE STATE OF TEXAS     CCA #: 044-15

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED_____
DATE: 03/18/2015
JUDGE: Per Curiam

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____